# EXHIBIT A



For the last 50 years, we have been working hard to enable you to sustainably boost the efficiency, system availability and the quality output of your flat glass production process. As the only complete system provider with the largest service network worldwide and operational know-how, we support you with cutting edge solutions for your production process. Whenever you see LiSEC, you can be assured of a partner with the right system solutions for your entire production lifecycle.



www.lisec.com

**LiSEC**
CREATING VISIONS PROVIDING SOLUTIONS.