**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD WADE ARCHITECTS, P.C., ) | | |
| on behalf of plaintiff and ) | | |
| the class members defined herein, ) | | |
| ) | | |
| Plaintiff, ) | 14 C 5616 | |
| ) | | |
| v. ) | Judge Coleman | |
| ) | Magistrate Judge Schenkier | |
| LISEC AMERICA, INC., ) | | |
| and JOHN DOES 1-10, ) | | |
| ) | | |
| Defendants. ) | | |

**PLAINTIFF'S MOTION TO ENTER AND CONTINUE
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Plaintiff, Richard Wade Architects, P.C., respectfully requests that its motion for class certification be entered and continued until the Court sets an initial status hearing in this matter.

In support of this motion, plaintiff states as follows:

1. Plaintiff filed its complaint, motion, and memorandum in support of class certification on July 23, 2014.

2. Plaintiff noticed up the motion for class certification for July 31, 2014.

3. Defendant Lisec America, Inc., has not yet been served with either the complaint or the motion for class certification, and accordingly, has not yet appeared.

4. Therefore, plaintiff requests that its motion for class certification be entered and continued until the Court sets an initial status hearing in this matter.

WHEREFORE, plaintiff respectfully requests that its motion for class certification be entered and continued until the Court sets an initial status hearing in this matter.

1

Respectfully submitted,


  s/ Heather Kolbus
Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on July 24, 2014, or as soon thereafter as service may be effectuated, I caused a true and accurate copy of the foregoing document to be served, via hand delivery by process server, on the following party:

Lisec America, Inc.
c/o Illinois Corporation Service Co., Registered Agent
801 Adlai Stevenson Drive
Springfield, Illinois 62703


                                                s/ Heather Kolbus
                                                Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)