**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Richard Wade Architects, P.C.
                                          Plaintiff,
v.                                                              Case No.: 1:14–cv–05616
                                                                Honorable Sharon Johnson Coleman
Lisec America, Inc., et al.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2014:

MINUTE entry before the Honorable Sharon Johnson Coleman: Plaintiff's motion to enter and continue its class certification motion until the court sets an initial status hearing [12] is granted. No appearance required on 7/31/2014. Status hearing set for 8/28/2014 at 09:00 AM. Plaintiff's motion to certify class [4] is entered and continued to 8/28/2014 at 09:00 AM. Plaintiff is directed to advise the defendants of the status hearing forthwith. The parties are directed to meet and discuss the status of the case. The parties are to file a joint status report by 8/25/2014 in the format described on the court's website at www.ilnd.uscourts.gov. The parties are directed to discuss settlement, and whether they consent to proceed before the Magistrate Judge.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.