**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RICHARD WADE ARCHITECTS, P.C., | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 14 C 5616 |
| | ) | |
| v. | ) | Judge Coleman |
| | ) | Magistrate Judge Schenkier |
| LISEC AMERICA, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Richard Wade Architects, P.C. voluntarily dismisses it's individual and class claims without prejudice and without costs against defendant Lisec America, Inc. Plaintiff Richard Wade Architects, P.C. voluntarily dismisses it's claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Heather Kolbus, hereby certify that on August 4, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Lisec America, Inc.
c/o Illinois Corporation Service Co., Registered Agent
801 Adlai Stevenson Drive
Springfield, Illinois 62703

Ansis V. Viksnins
Lindquist & Vennum LLP
4200 IDS Center
80 S Eighth Street
Minneapolis, MN 55402

                                  /s/ Heather Kolbus
                                  Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)